UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHENAE MARIE JENKINS,<br><br>             Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>             Defendant. | No.  2:14-CV-27-SMJ<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: March 30, 2015

                              SEAN F. McAVOY
                              Clerk of Court

                              By:  *s/Virginia Reisenauer*
                                   Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**